# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

In the matter of:

**UM CAPITAL LENDING LLC.**
            plaintiff

1:07-cv-316 -SM

Vs.

**Michael Dennis Gaudette
and all other occupants**
            defendant

Case No: 07-LT-0036

**District Court of Northern Carroll County**

## Notice of Removal

Notice is hereby given pursuant to Fed. R. Civ. P. and local rule 7.5 (d), that removal of the above captioned matter currently adjudicated at the District Court of Northern Carroll County, will be filed in the United States District Court for the District of New Hampshire.

Respectfully Submitted,

*Michael Denis Gaudette*
Michael Dennis Gaudette
Defendant/sui-juris