**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>UM Capital Lending LLC</u>

    v.                                      Civil No. 07-cv-316-PB

<u>Michael Dennis Gaudette</u>

**<u>ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS</u>**

Plaintiff's request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

**SO ORDERED.**

                                                    /s/ James R. Muirhead
                                                    James R. Muirhead
                                                    United States Magistrate Judge

Date:  October 11, 2007

cc:  William Amman, Esq.
     Michael Dennis Gaudette, pro se